**No. 43804.**—Protest 14488–K of International Decalcomania Co., Inc. (New York).

Opinion by KINCHELOE, J. It was found that the decalcomanias in question are not made in ceramic or mineral colors but in chrome or vegetable colors. The claim at 40 cents per pound under paragraph 1406 was therefore sustained.

**No. 43805.**—Protest 944787–G of Karl Guggenheim, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of globe-shaped pencil sharpeners similar to those the subject of Abstract 41633. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43806.**—Protests 764596–G, etc., of Geo. S. Bush & Co., Inc. (Seattle).

Opinion by DALLINGER, J. It was stipulated that the cloissonné articles in question are similar to those the subject of Abstract 42746. The claim at 40 percent under paragraph 339 was therefore sustained.

BEFORE THE THIRD DIVISION, MAY 29, 1940

**No. 43807.**—Protest 996389–G of Daniel F. Young, Inc. (New York).

Opinion by CLINE, J. The record showed that the seeds in question are the product of The Netherlands, that the immediate containers were small bags, and at the time of importation each bag had attached a paper label containing the words "Product of The Netherlands." On the authority of *Asiam* v. *United States* (25 C. C. P. A. 68, T. D. 49065) it was held that the proper marking on paper labels is sufficient. On the authority of *Kraft* v. *United States* (22 id. 111, T. D. 47103) the protest was sustained. *American Hatters & Furriers Co.* v. *United States* (1 Cust. Ct. 111, C. D. 31) and Abstracts 40549, 41128, and 42581 cited.

**No. 43808.**—Protest 987207–G of Half Moon Mfg. & Trading Co., Inc. (New York).

Opinion by CLINE, J. The record showed that the commodity is not capable of being marked and that the drums in which it was packed contained paper labels bearing the words "Dutch Produce." On the authority of *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) the protest was sustained. Abstracts 41129 and 41288 cited.